IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| THOMAS ALLEN McKENDRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-050 |
| | ) | |
| BULLOCH CO. JAIL; SHERIFF NOEL BROWN; LT. BEVERLY PRINCE; and CAPT. KENNETH THOMPSON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 8, 2022, the Court granted Plaintiff, an inmate at Dodge State Prison in Chester, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 3.) Plaintiff has not returned either document but instead has submitted a payment of $350.00, the filing fee for prisoners allowed to proceed IFP under 28 U.S.C. § 1915. (See docket entry dated Aug. 8, 2022.) However, the Court granted Plaintiff permission to proceed IFP only "subject to compliance with the conditions" of the July 8th Order. (Doc. no. 3, p. 1.)

Payment of $350.00 does not exempt Plaintiff from compliance with the Court's Order. Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and Consent to Collection of Fees form. See 28 U.S.C. § 1915(a)(2); Wilson v. Sargent, 313 F.3d 1315, 1319-23 (11th Cir. 2002). Plaintiff shall have until September 7, 2022, to submit the required Prisoner Trust Fund Account Statement and Consent to Collection of Fees form, or,

alternatively, to pay the full non-IFP filing fee of $402.00 by submitting an additional $52.00. Failure to either return the required paperwork or submit an additional $52.00 will be an election to have this case dismissed without prejudice.

SO ORDERED this 17th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA