IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THOMAS ALLEN MCKENDRICK
    PLAINTIFF

  v.

BULLOCH CO. JAIL:
SHERIFF NOEL BROWN,
LT. BEVERLY PRINCE AND
Capt. KENNETH THOMPSON
    DEFENDANTS

CASE NO: CV622-050

## OBJECTIONS TO REPORT AND RECOMMENDATION

COMES NOW, plaintiff in above styled case and object to courts Report and Recommendation in support; the plaintiff submit:

1.) BACKGROUND: Plaintiff received a Magistrate Report and Recommendation on 9-15-22 and now timely responds before the 9-30-22 deadline.

2.) Liberally constructed plaintiff's claim against the Bulloch Co. Jail should be construed as a claim against Bulloch County. The County is a proper party that is subject to liability for their policy or direction. The county failed to clarify and properly house dangerous detainees. As discovery will demonstrate Mr. Lawton had an extensive history of violence and violent acts that the county was aware of and still housed him in a cell with a 76 year old man who should have been classified as vulnerable due to his age and charges of a sexual offender and a

1.

potential to be victimized.

3.) In regard to failure to state a claim and failure to protect claim against defendants Brown, Prince, and Thompson:

(a.) Sheriff Brown knew of Lawton's history of violance and plaintiff's state of vulnerability and disregarded these facts in his establishment of housing policy and potential direct involvement as demostrated through discovery.

(b.) Lt. Prince was in charge of daily housing assignments. She was directly aware of Mr. Lawton's acting out, destroying property with multiple incidents of violent behavior and inciting a riot, yet following these incidents she still housed plaintiff with Lawton, showing deliberate indifference to the known danger to the plaintiff in his vulnerable condition resulting in the assault.

(c) Capt. Thompson acted in conjunction with Lt. Prince in regards to the prior acts conducted by Lawton and the vulnerability of the plaintiff and housing Mr. Lawton and the plaintiff together demonstrating a known danger and deliberately indifferent to the danger that caused the dangerous enviroment that resulted in plaintiff's assault and injuries.

WHEREFORE, plaintiff prays this honorable court to substain his objections and allows him to continue with his claim along with any other actions in the furtence of justice.

Respectfully,

Thomas Allen McKendrick /s/ Thomas Allen McKendrick
Dodge State Prison, 1001977173
P.O. Box 276
Chester, GA. 31012

2.

CERTIFICATE OF SERVICE

This certifies that I have sent a copy of Objections to Report and Recommendations to:

Bulloch County Jail, Sheriff Noel Brown, Capt. Kenneth Thompson, and Beverly Prince. in the United States mail with adaquate postage affixed.

Respecially,
Thomas Allen McKendrick
Thomas Allen McKendrick
# 1001977173
Dooly State Prison
P.O. Box 276
Chester, Ga 31012

Thomas ALLEN McKendrick
#1100197172
Dodge State Prison
P.O. Box 276
Chester, GA. 31012

Legal Mail
1983

MACON GA 310
28 SEP 2022 PM 2 L

The United States District Court
SOUTHERN DISTRICT OF GEORGIA
Statesboro Division
P.O. Box 8286
SAVANNAH, GEORGIA 31412

RECEIVED
U.S. Marshals Service
Savannah Georgia

31412-828666



DODGE STATE PRISON
P.O. Box 276, Chester, GA 31012

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for information or clarification. If the writer encloses correspondence for f...